UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE CARRAGHER,

                Plaintiff,

-vs-                                      Case No. 6:08-cv-1497-Orl-22GJK

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 24)
>
> **FILED:** August 6, 2009
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On May 20, 2009, a judgment was entered reversing and remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 20. Plaintiff now moves for an award of attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") (the "Motion"). Doc. No. 24. Plaintiff requests attorneys' fees in the amount of $1,905.00 to be paid directly to Plaintiff's counsel. Doc. No. 24. Counsel for Plaintiff, David Glasser, Esq. previously filed an affidavit on July 17, 2007, which states that he performed 12.7 hours of work on the case in 2008 and 2009 at a rate of $150.00 per hour ($1,905.00). Doc. No. 21-2. Plaintiff complied with Local Rule

1

3.01(g) and certifies that the Commissioner agrees to the amount of fees and hours sought in the Motion. Doc. No. 24 at 2. Thus, it is recommended that the Motion be **GRANTED**. The Commissioner should be directed to pay $1,905.00 in attorneys' fees directly to Plaintiff's counsel.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Recommended** in Orlando, Florida on October 5, 2009.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE