**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GEORGE J. CARRAGHER,**

          **Plaintiff,**

-vs-                                                          Case No. 6:08-cv-1497-Orl-22GJK

**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION,**

          **Defendant.**
_____

## ORDER

This cause comes before the Court on the Amended Motion for Attorney's Fees and Assignment of Fees (Doc. No. 27). The Court notes that the Magistrate Judge previously entered a Report recommending that fees in the amount of $1,905.00 be approved (Doc. No. 25). Plaintiff George J. Carragher has signed the present motion indicating that he consents to the fees and costs being paid directly to his attorney.

After an independent *de novo* review of the record in this matter, and noting that no timely objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed (Doc. No. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion for Attorney's Fees and Assignment of Fees (Doc. No. 27) is **GRANTED**.

3. Defendant shall pay directly to Plaintiff's counsel David W. Glasser attorneys' fees and costs in the amount of **$1,905.00**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 27, 2009.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge